**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMY B. BAKER, ROBERT W. GRIMES, and LAURA C. McMANAMY, <br><br>    Plaintiff, <br><br>    vs. <br><br>ROBERT BECKETT, individually and in his official capacity as NYE COUNTY DISTRICT ATTORNEY; JOHN J. FRIEL, JR., individually and in his official capacity as NYE COUNTY DEPUTY DISTRICT ATTORNEY; KENNETH GUTHRIDGE, individually and in his official capacity as NYE COUNTY SHERIFF's OFFICE DETECTIVE; JOHN DOES 1 through 15, inclusive; BLACK & WHITE CORPORATIONS 1 through 15, inclusive, <br><br>    Defendants. <br>_____/ | Case No.   3:08-cv-00440-LRH-RAM |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS'**

**RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through their counsel, Marc Picker, Esq., of Marc Picker, Esq., Ltd., and Defendants, by and through their counsel, Thomas P. Beko, Esq., of Erickson, Thorpe & Swainston, Ltd., hereby stipulate that Plaintiffs shall have to and including

February 19, 2010, to respond to Defendants' Motion for Summary Judgment filed January 15, 2010.

DATED this 22nd day of January, 2010.

| MARC PICKER, ESQ., LTD. | ERICKSON, THORPE & SWAINSTON, LTD. |
|---|---|
| /s/ Marc Picker | /s/ Thomas P. Beko |
| _____ | _____ |
| MARC PICKER, ESQ. | THOMAS P. BEKO, ESQ. |

IT IS HEREBY ORDERED that Plaintiffs shall have to and including February 19, 2010, in which to file their response to Defendants' Motion for Summary Judgment.

DATED this 25th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE